WALTER SIEMIASZ, Respondent, v. SAMUEL LANDAU and Another, Appellants.— Appeal dismissed unless argued at May term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOHN A. SCHUELER, Respondent, v. INTERNATIONAL RAILWAY COMPANY and Another, Appellants.— Appeal dismissed unless ready for argument at opening of May term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

EDGAR J. CUSHMAN and Another, as Administrators, etc., of ADDIE LULA CUSH-MAN, Deceased, Respondents, v. TOWN OF ELLISBURG, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and briefs by April fifteenth and shall be ready for argument at the opening of the May term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

In the Matter of the Claim of ORLO W. WRIGHT, Appellant, against THE TOWN OF DARIEN for Alleged Damages for Change of Grade, etc., Respondent.— Appeal dismissed unless appellant shall file and serve printed papers by April fifteenth and shall argue the appeal during the May term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ISAAC LEVIN and Another, Respondents, v. NATHAN ROGACHEFSKY and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed papers and briefs by March twenty-third and shall be ready for argument on March twenty-seventh. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

JOHN A. NOWAK, Respondent, v. FELIX BIBIK and Another, Appellants.— Appeal dismissed unless appellants shall argue the same during the third week of the present term and shall pay to respondent's attorney ten dollars. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

STANLEY HATCH, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Appeal dismissed unless appellant shall be ready for argument at the opening of the May term. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

MIKE FURE, Appellant, v. WILLIAM D. FOTE and Another, Respondents.— Appeal dismissed unless appellant shall file and serve printed papers and briefs by April first. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ALEXANDER B. ENOCH, Appellant, v. JOHN ROBERT BRANDON and Others, Respondents.— Motion granted permitting Prudential Insurance Company of America to file brief as *amicus curiæ* upon the appeal herein. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

ELIZABETH GREENAUER, as Administratrix, etc., of EDWARD C. GREENAUER, Deceased, Respondent, v. SHERIDAN-BRENNAN REALTY COMPANY and Another, Appellants.— Appeals dismissed unless appellants shall file and serve printed records and serve brief in typewritten form by March twenty-third and shall be ready for argument on March twenty-eighth. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.